UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 11, 2021
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Appellant, | ) **AMENDED** |
| v. | ) O R D E R |
| DANIEL GISSANTANER, | ) |
| Defendant-Appellee. | ) |

**BEFORE:** SUTTON, Chief Judge; BUSH, and MURPHY, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court.* No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**

---

*Judge Readler recused himself from participation in this ruling.